**Sam Houston**

**P.O. Box 19814**

**Austin, Texas 78760**

**(512) 257-9028**

**samhouston7@hotmail.com**

August 17, 2015

Attn: Clerk of the Court
Third District of Texas Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

RE: No. 03-14-00342-CV; Ally Financial Inc. v. William G. Houston, Sam Houston, Meera Singh.

This Court has alluded to an unrelated case where the County Court decided sua sponte that the current parties Sam Houston and Meera Singh were not indigent.

These rulings denying paupers status fly in the face of the past and recent Federal Court's ORDER using the exact same facts, Social Security and Veteran Pension were GRANTED LEAVE TO PROCEED IN FORMA PAUPERIS **1:15-CV-570-RP Houston v Bank of America, et al. USDC Austin Division.**

Under these circumstances, it is incumbent upon this Court to obtain the May 23rd $^{2014}$ Transcript of that particular case in order to see for itself nothing more than an intentional "gaming" of the judicial system by certain Bank of America lawyers and a County Judge named John McMaster.

In any case, "Houston" is, and always has been a pauper according to the rule of law and settled case law despite what may appear to be a justifiable ruling, is in fact that county court is absent of all jurisdiction under the law.

Houston-Singh deserves their day in Court.

RECEIVED

AUG 1 9 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

**Sam Houston**
**P.O. Box 19814**
**Austin, Texas 78760**

AUSTIN TX 787
RIO GRANDE DISTRICT
18 AUG 2015 PM 2 L



Attn: Clerk of the Court
Third District of Texas Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547